No. 11-5383. Paul Allen Thomas, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.

565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5359.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5386. Frederick Karl Jost, Petitioner v. United States Postal Service, et al.

565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5425.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 957.

No. 11-5387. Loren J. Larson, Jr., Petitioner v. Alaska.

565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5785,

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Alaska denied.

Same case below, 254 P.3d 1073.

No. 11-5388. Kennard I. Love, Petitioner v. California.

565 U.S. 904, 132 S. Ct. 305, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5670.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 11-5389. William R. Praileau, Petitioner v. Polly Hoye, Acting Judge, Schenectady County Court, et al.

565 U.S. 904, 132 S. Ct. 305, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5768.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 755, 919 N.Y.S.2d 108, 944 N.E.2d 644.

No. 11-5391. Tam H. Pham, Petitioner v. United States.

565 U.S. 905, 132 S. Ct. 305, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5639.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5392. Jaime Ortega-Urquidi, aka Jaime Urquidi-Ortega, Petitioner v. United States.

565 U.S. 905, 132 S. Ct. 305, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5664.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 420 Fed. Appx. 305.

No. 11-5394. Andre Porter, Petitioner v. George Lombardi, et al.

565 U.S. 905, 132 S. Ct. 305, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5507.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.